# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Crim. No. 4:12-CR-79-1F  
4:12-CR-80-1F

MILES THOMAS CLARKE

On May 7, 2012, the above named was placed on supervised release for concurrent terms of 60 months and 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Robert L. Thornton  
> Robert L. Thornton  
> Supervising U.S. Probation Officer  
> 310 Dick Street  
> Fayetteville, NC 28301  
> Phone: 910-354-2535  
> Executed On: June 5, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____4____ day of ____June____, 2015.

James C. Fox  
Senior U.S. District Judge